March 23, 1993 [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

___________________

No. 92-2386

 

FRANK J. CAMOSCIO,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS AND

THE BOARD OF REGISTRATION IN PODIATRY,

Defendants, Appellees.

 __________________

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, 
U.S. District Judge
]

___________________

Before

Torruella, Cyr and Boudin

Circuit Judges
.

___________________

Frank J. Camoscio
 on brief pro se.

Scott Harshbarger
, Attorney General, and 
Beth D. Levi
, Assistant Attorney General, on Memorandum in Support of the Motion for Summary Affirmance for appellees.

__________________

__________________

Per Curiam
. We have reviewed the record in this case and are persuaded that this action, the appellant's third against the defendant Board of Registration in Podiatry, is frivolous, vexatious, and barred by
 
res
 
judicata
, the 
Rooker
 doctrine, and the statute of limitations. 
See
 
Rooker
 v. 
Fidelity Trust Co.
Street
 v. 
Vose
, 936 F.2d 38 (1st Cir. 1991)(per curiam). Accordingly, the appellees' motion for summary disposition is allowed and the judgment dismissing the instant complaint is affirmed. We further affirm the district court's order enjoining the appellant from filing any further actions without either obtaining leave of court or the aid and signature of counsel.